Floyd Scott D27081
California State Prison
Los Angeles County
A-4-112L
P.O. Box 4430
Lancaster, CA 93539

**FILED**

Mar 31 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

Notification of Violation of Scholl v. Mnuchin
Case No: 4:20-cv-5309-PJH (N.D. Cal)

4:21-cv-02286-PJH(PR)

California State Prison - Los Angeles County (CSP-LAC)
Inmate Trust Office has violated the terms of Scholl v. Mnuchin Case No: 4:20-cv-5309-PJH (ND Cal) and California Department of Corrections and Rehabilitation at Title 15 Rule 3140(9)(3) They failed to notify me that the Internal Revenue Service sent the six hundred dollar Coronavirus Aid Relief and Economic Security (CARES ACT) Payment violating CDCR Policy. They failed to notify me at Title 15 Rule 3140(9)(5) They did not send me a notice of Disapproved Mail or Funds so that per Title 15 Rule 3191(c) I could have chosen a way to send the $600.00 E.I.P. to an address of my choice

Instead of following Scholl v. Mnuchin Case No:

page 1

1. 4:20-cv-5309-PJH (N.D. Cal.) and CDCR Policy
2. The CSP-LAC Inmate Trust Office sent
3. The Economic Impact Payment "secondary"
4. back to the sending institution (see attached
5. Exhibits).
6.
7. I had to send four CDCR Form 22 Request for
8. Interview to get any written response and that
9. is how I learned of this violation. Per CDCR
10. Policy when mail is sent with funds inside
11. the envelope or by J-Pay the Inmate Trust
12. Office is to stamp the amount on the envelope
13. A debit card is prepaid the same as a U.S. Postal
14. Money Order and Cashier Check so CSP-LAC
15. Inmate Trust Office had a manner to deposit
16. the $600.00 into my Inmate Trust Account
17.
18. CSP-LAC Inmate Trust Office must follow CDCR
19. Policy and this Courts Ruling at Scholl v. Mnuchin
20. No. 4:20-cv-5309-PJH (N.D. Cal.) and must stop
21. refusing the Economic Impact Payments.
22.
23. The above is true and signed under penalty
24. of perjury
25.
26. Dated February 28, 2021   Signed Floyd Scott
27.
28.                                         Complainant

page 2

STATE OF CALIFORNIA  
GA-22 (Rev. 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILITATION

## INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDCR NUMBER |
|---|---|---|---|
| 2-21-2021 | Inmate Trust Office | Scott | D27081 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| A-4 | 112 L | B/w PTR - 4-A | 1700 | 21:30 |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM | TO |
|---|---|---|

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I was told that the I.R.S. sent the $600.00 stimulus checks But that you guys have not yet distributed them yet, if so why not. Please give an answer Thank You

[Stamp: RECEIVED 2021 FEB 22 AC QUALA]

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY: T Lynch  
DATE: 2-23-21

DISPOSITION: See attached instructions - debit cards are being returned - we have no way of putting on your act. follow instructions to rec. a paper check.

## RETURN NOTICE:

### Economic Impact Payment Debit Card

Inmate Name: Scott, Floyd   CDCR#: D27081  
Institution/Housing Unit: A4-112

In March 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security (CARES) Act, which provided emergency relief to eligible people in the form of a tax credit. The California Department of Corrections and Rehabilitation (CDCR) received an Economic Impact Payment (EIP) Debit Card addressed to you, and unlike the first round of stimulus payments, CDCR is unable to process debit cards. CDCR has returned the EIP debit card to the issuing bank, where it will be voided and notification to the Internal Revenue Service (IRS) will be sent.

To receive these funds, you will be required to file for a Recovery Rebate Credit (Form 1040) through the filing process of your 2020 taxes starting February 12, 2021, through April 15, 2021.

If you have any questions regarding the second EIP, please refer to the Frequently Asked Questions: Secondary Economic Impact Payments to Incarcerated People.

## PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, **Floyd Scott**, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC **4A - 112L**, P.O. Box **4430**, Lancaster, CA 93539-8457.

On **February 28, 2021**, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s): **Notification of Violation of Scholl v. Ninuchin No: 4:20-cv-5309-PJH (N.D. Cal) with Exhibit**

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

**United States District Court**
**Northern District of California**
**Phillip Burton Bldg & U.S. Courthouse**
**Office of the Clerk, 16th Floor**
**450 Golden Gate Ave**
**San Francisco, CA 94102**

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this **28** day of **February**, 20**21** at the California State Prison - Los Angeles County.

/s/ Floyd Scott

**California State Prison - Los Angeles County**
Name: Floyd Scott
CDC #: D27081
Facility: A  Building: 4  Bed: 142
P.O. Box: 4430
Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT ISSUE**

RECEIVED
MAR 08 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Confidential
Legal Mail

A-4
CDCR STATE PRISON
GENERATED MAIL

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box 4490
Facility C - P.O. Box 4610
Facility D - P.O. Box 4670
Minimum (MSF) 4730
Legal Mail - P.O. Box 8457

SANTA CLARITA CA 913
3 MAR 2021 PM 6
Hasler 03/02/2021
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 93536
011D11654181

United States District Court
Northern District of California
Phillip Burton Bldg + U.S. Courthouse
Office of the Clerk, 16th Floor
450 Golden Gate Ave
San Francisco, CA 94102

94102-366199

**AUTHORIZED ITEMS WITHIN INMATE MAIL**
- 40 postage stamps/40 envelopes (Prepaid postage must not show the date)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with Inmates name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to Inmates account, send through www.jpay.com or (800) 574-5729

**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**
If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval
- No padded, cardboard, or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash. No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

c/o DeParisian 2/25/21
Legal Mail